IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**WILLIE HODGES**                                                                               **PLAINTIFF**

V.                                            **CASE NO. 4:08-cv-491**

**LIFE INSURANCE COMPANY OF NORTH AMERICA
and CAMERON INTERNATIONAL CORPORATION
PLANS ADMINISTRATOR COMMITTEE**                                 **DEFENDANTS**

## ORDER OF DISMISSAL WITH PREJUDICE

Now on this 18th day of December, 2008, comes on for consideration the above-styled case.

IT APPEARING to the Court that the matter has been settled, counsel for all parties having so advised the Court, it is ORDERED that the case be, and it hereby is, dismissed with prejudice.

IT IS SO ORDERED.

                                                           BRIAN S. MILLER
                                                           UNITED STATES DISTRICT JUDGE

Approved:

_____
Luther Sutter
Attorney for Plaintiff

_____
Delena C. Hurst
Attorney for Life Insurance
Company of North America and
Cameron International Corporation
Plans Administrator Committee